UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE BOLDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5726** |
| **JANORRIS BOMMERY, ET AL.** | **SECTION D(4)** |

## ORDER

The Court, having considered the Petition Under 28 U.S.C. § 2254 Writ of Habeas Corpus By a Person In State Custody, which the Court construes as a petition for habeas corpus relief under 28 U.S.C. § 2241,[1] the record, the applicable law, the United States Magistrate Judge's Report and Recommendation,[2] to which there are no objections,[3] and having determined that the Report and Recommendation is not clearly erroneous or contrary to the law, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter.

Additionally, Rule 11(a) of the Rules Governing 28 U.S.C. § 2254 proceedings provides that, "The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." [4] The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a

---

[1] R. Doc. 9.
[2] R. Doc. 28.
[3] Objections were due by April 17, 2024. R. Doc. 28. This Court has given Petitioner almost two weeks beyond that deadline to file objections. As of the date of this Order, no objections have been filed.
[4] 28 U.S.C. § 2253(c)(2).

different manner or that the issues presented [are] adequate to deserve encouragement to proceed further."[5]  The Court finds that Clarence Bolden's Petition fails to satisfy this standard.  As such, the Court will not issue a certificate of appealability.

Accordingly,

**IT IS HEREBY ORDERED** that Clarence Bolden's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 and construed as seeking relief under 28 U.S.C. § 2241 is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court **DENIES** a certificate of appealability.

New Orleans, Louisiana, April 30, 2024.

_____
**WENDY B. VITTER**
**United States District Court**

---

[5] *Miller-El v. Cockrell*, 537 U.S. 322, 326 & 336, 123 S.Ct. 1029, 1034 & 1039, 154 L.Ed.2d 931 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)) (internal quotation marks omitted).